# United States District Court
# Western District of North Carolina
# Statesville Division

| Rodney Deshaye Rowdy, | ) | JUDGMENT IN CASE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 5:23-cv-00106-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| George Warren, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2023 Order.

September 18, 2023

Katherine Hord Simon, Clerk
United States District Court